# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 10-85-P-H |
| | ) | |
| JOSEPH JENKINS, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the court on August 27, 2010, with copies to counsel, his Recommended Decision on Motion to Suppress. The defendant filed his objection to the Recommended Decision on October 7, 2010. I have reviewed and considered the Recommended Decision, together with the entire record including the transcript and the exhibits including the DVD of the stop. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to suppress is **DENIED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF OCTOBER, 2010**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**